**Mary D. Bickham BAILEY**

v.

**Theodore KNATT, M.D., Greater Baton Rouge Surgical Hospital, LLC. aka Baton Rouge Surgical Center**

NO. 2016-CC-1130

Supreme Court of Louisiana.

October 10, 2016

Applying For Supervisory and/or Remedial Writs, Parish of E. Baton Rouge, 19th Judicial District Court Div. F, No. 628886; to the Court of Appeal, First Circuit, No. 2016 CW 0043.

Granted. Plaintiff's claim based on the loss of the chance of a better outcome is a theory of recovery arising from the same transaction or occurrence as her other claims and is not a separate cause of action. See Everything on Wheels Subaru, Inc. v. Subaru South, Inc., 616 So.2d 1234 (La. 1993). Accordingly, the judgment of the district court is reversed, and the case remanded for further proceedings.

**Judy Dove SWAGGART**

v.

**John DOE, Brett Munson, Regions Bank and ABC Insurance Company**

NO. 2016-CC-1147

Supreme Court of Louisiana.

October 10, 2016

Applying For Writ of Certiorari and/or Review, Parish of Ouachita, 4th Judicial District Court Div. D, No. 15-2173; to the Court of Appeal, Second Circuit, No. 50739-CW

Writ granted, and remanded to the court of appeal for briefing, argument, and full opinion.

**STATE EX REL. Bernal L. AGUILAR**

v.

**STATE of Louisiana**

NO. 2015-KH-1497

Supreme Court of Louisiana.

October 10, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Jefferson, First Parish Court, No. F1230083; to the Court of Appeal, Fifth Circuit, No. 15-KH-455

Denied. See State ex rel. Aguilar v. State, 15-1057 (La. 4/15/16), 189 So.3d 378.